IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13-10049-EFM |
| ERIC J. ROSOL, | ) |
| Defendant. | ) |

## **MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States by and through Barry R. Grissom, United States Attorney for the District of Kansas and Annette B. Gurney, Assistant United States Attorney, and moves the Court to enter a Preliminary Forfeiture Order forfeiting the personal property identified in the Forfeiture Allegation Two of the Indictment to the United States. In support of its motion, the United States, states the following:

1. On September 11, 2013, defendant Eric J. Rosol entered his plea to Count Two of the Indictment filed herein on March 26, 2013 (Doc. 12). In his Plea Agreement, the defendant agreed to forfeit the personal property which is identified in the Forfeiture Allegation Two of the Indictment. (Doc. 13).

2. The property subject to forfeiture as a result of the Plea Agreement includes:

   A. Ante CPU (Custom) with no visible serial number.

3. Based upon the statements set forth in the Plea Agreement (Doc. 13), the United States has established the requisite nexus between the property identified above and the offense to which the defendant has pled guilty. Accordingly, the property listed in paragraph 2 is subject to forfeiture to the United States pursuant to 18 U.S.C. §1030(i).

4. Upon the entry of the Preliminary Order of Forfeiture, the United States will

proceed to give notice to any third parties who may have an interest in the property and dispose of the property according to law.

Wherefore, for the reasons stated above, the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture.

Respectfully Submitted,

Barry R. Grissom
United States Attorney

/s/ Annette B. Gurney
ANNETTE B. GURNEY, #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
annette.gurney@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2013, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/ Annette B. Gurney
ANNETTE B. GURNEY #11602